UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BRADFORD L. JONES,

    Plaintiff,

  v.

SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

1:16-cv-01303-NLH

**MEMORANDUM OPINION & ORDER**

**APPEARANCES**:

BRADFORD L. JONES
828 BLACKWOOD CLEMENTON ROAD
APT 108
PINE HILL, NJ 08021
    Appearing pro se

GRAHAM CHARLES MORRISON
SOCIAL SECURITY ADMINISTRATION
26 FEDERAL PLAZA
ROOM 3904
NEW YORK, NY 10278
    On behalf of Defendant

**HILLMAN, District Judge**

    WHEREAS, on March 7, 2016, the complaint of Plaintiff, who is proceeding pro se, was removed to this Court by Defendant; and

    WHEREAS, Plaintiff filed his complaint in the Superior Court of New Jersey, Law Division, Special Civil Part, Camden County, against the SSA for a total of $15,000, for "participation/group collaboration conspiracy – violation of federal law of robbing a

1

mentally man (me) doing well for himself. Mental/emotional abuse –
oppression law violation – many constitutional rights violated 1)
life liberty pursuit of happiness 2) privacy violation 3) fair and
equal treatment. Dependent adult financial abuse law violation"
(Docket No. 1-1); and

WHEREAS, at the time Plaintiff filed his complaint, Plaintiff indicated that his address was 828 Blackwood Clementon Road, Apartment 108, Pine Hill, New Jersey 08021; and

WHEREAS, on March 23, 2016, a notice of filing ("NEF") mailed to Plaintiff by the Clerk's Office was returned as undeliverable, with a notation "Moved – Address Unknown – Return to Sender" (Docket No. 7); and

WHEREAS, pursuant to L. Civ. R. 10.1(a) litigants have an affirmative duty to inform the Court of their current address and to inform the Court of any changes within seven days, and if a litigant fails to do so, the complaint is subject to being struck by the Clerk; and

WHEREAS, on March 28, 2016, Defendant filed a motion to dismiss Plaintiff's complaint,[1] arguing that the complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject

---

[1] Defendant filed a certificate of service that a copy of its motion was mailed to Plaintiff at his Pine Hill address. (Docket No. 8 at 3.) The docket does not reflect whether that delivery was returned to Defendant.

2

matter jurisdiction because the complaint lacks any allegations that the SSA, as a federal agency, has waived its sovereign immunity as to Plaintiff's claims, and that the complaint should be dismissed pursuant to Rule 12(b)(6) by failing to set forth virtually any facts to support his claims (Docket No. 8); and

WHEREAS, the Court finds that Defendant's motion is moot because of Plaintiff's failure to provide the Court with his current address;

THEREFORE,

IT IS HEREBY on this __28th__ day of __November__, 2017

ORDERED that Plaintiff's complaint be, and the same hereby is, DISMISSED for his failure to comply with Local Civil Rule 10.1; and it is further

ORDERED that the MOTION to Dismiss by SOCIAL SECURITY ADMINISTRATION [8] be, and the same hereby is, DENIED AS MOOT; and it is further

ORDERED that the Clerk of the Court shall mark this matter as CLOSED.

At Camden, New Jersey

    s/ Noel L. Hillman
NOEL L. HILLMAN
United States District Judge